**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

The Court approves the dismissal with prejudice
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

The Estate of Anthony Causi,

                Plaintiff,

        v.

BigPlay LLC,

                Defendant.

Case No: 1:22-cv-00235-JG

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: July 6, 2022

**SANDERS LAW GROUP**

By:   */s/ Douglas H. Sanders*
Douglas H. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 123695
*Attorneys for Plaintiff*